■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MIGUEL TAVARE, Appellant.—Appeal by the defendant from a judgment of the Supreme Court, Queens County (Rotker, J.), rendered November 3, 1983, convicting him of criminal sale of a controlled substance in the third degree, after a nonjury trial, and imposing sentence.

Judgment affirmed.

The defendant's guilt was proven beyond a reasonable doubt *(see, People v Contes,* 60 NY2d 620, 621). The defendant's contention that his first felony conviction cannot serve as the basis for sentencing him as a second felony offender because he was not advised, prior to the plea resulting in the original felony conviction, that he would thereafter be subject to enhanced punishment, is without merit *(see, People v Towles,* 110 AD2d 729). Gibbons, J. P., Brown, Lawrence and Kooper, JJ., concur.